# OCTOBER 7, 1936

W. R. Bergman v. The State.

No. 18302.   Delivered May 13, 1936.
Rehearing Denied (Without Written Opinion) October 7, 1936.

The opinion states the case.

*Lamar Gill,* of Raymondville, and *Montgomery, Hall & Taylor,* of Edinburg, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for failing to stop and render aid; punishment, eighteen months in the penitentiary.

The record is before us without any statement of facts or bills of exception.  Appellant has some exceptions to the court's charge, which we are not able to appraise in the absence of a statement of facts.  This is true also of the requested instructions asked by the appellant.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*